UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE ENCAR ARNOLD DANTES,<br>     Plaintiff,<br>v.<br>KAISER FOUNDATION HOSPITALS,<br>     Defendant. | Case No.16-cv-00934 NC<br><br>**ORDER TO UNSEAL CASE DOCKET; ORDER SEALING COMPLAINT UNTIL FURTHER COURT ORDER** |

A sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection under the law. L.R. 79-5(d). The request must be narrowly tailored to seek sealing only of sealable material. *Id.*

Here, Dantes represents herself, and filed her complaint by paper copy to the clerk of Court. The complaint contains significant personal information, including doctor's notes and records. Accordingly, the case was placed under seal, and as a result, the defendant is not able to access the case docket. The Court ORDERS the clerk to UNSEAL the case, but seal only the complaint, dkt. no. 1, until April 22, 2016.

The complaint will become public thereafter, unless Dantes files an administrative motion to seal portions of the complaint or attached exhibits. Guidance for making such a motion can be found in Local Rule 79-5, available on the Court's website.

For additional guidance, the Federal Pro Se Program at the San Jose Courthouse

Case No. 16-cv-00934 NC

1 provides free information and limited-scope legal advice to pro se litigants in federal civil
2 cases. The Federal Pro Se Program is available by appointment and on a drop-in basis.
3 The Federal Pro Se Program is available at Room 2070 in the San Jose United States
4 Courthouse (Monday to Thursday 1:00 – 4:00 pm, on Friday by appointment only), and
5 The Law Foundation of Silicon Valley, 152 N. 3rd Street, 3rd Floor, San Jose, CA
6 (Monday to Thursday 9:00 am –12:00 pm, on Friday by appointment only), or by calling
7 (408) 297-1480.

**IT IS SO ORDERED.**

Dated: April 6, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.16-cv-00934 NC     2